to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles W. Beale* for petitioners. No appearance for respondents.

---

No. 634. BOARD OF DIRECTORS OF MILLER LEVEE DISTRICT No. 2 *v.* PRAIRIE PIPE LINE COMPANY. Appeal from the Circuit Court of Appeals for the Eighth Circuit. January 7, 1924. Petition for a writ of certiorari herein denied. *Mr. Henry Moore, Jr.,* for appellants, in support of the petition. *Mr. W. H. Arnold* for appellee.

---

No. 655. UNITED STATES EX REL. PIONEER CONSTRUCTION COMPANY *v.* MADISON COUNTY, ARKANSAS, ET AL. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Claude Duty* for petitioner. No appearance for respondents.

---

No. 670. OPALITE SIGN COMPANY ET AL. *v.* FLEXLUME SIGN COMPANY, INC. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Russell Wiles, Mr. George A. Chritton* and *Mr. William H. Dyrenforth* for petitioners. *Mr. Edward Rector, Mr. William Nevarre Cromwell* and *Mr. Comfort S. Butler* for respondent.

---

No. 671. PERKINS GLUE COMPANY *v.* GOULD MANUFACTURING COMPANY ET AL.; and

No. 672. PERKINS GLUE COMPANY *v.* WISCONSIN CHAIR COMPANY ET AL. January 7, 1924. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas Ewing* and *Mr. Gorham Crosby* for petitioner. *Mr. James A. Watson* for respondents.